IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE SANDERS, | |
|     Plaintiff, | No. C 11-04428 JSW |
|   v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | **ORDER OF TRANSFER** |
|     Defendant. / | |

On September 9, 2011, this matter was transferred from the Ninth Circuit Court of Appeals. Because this matter is a dispute that arises in Santa Clara County, pursuant to Northern District Civil Local Rules 3-2(e) and 3-2(f), the Court *sua sponte* orders this matter transferred to a United States District Court Judge in the San Jose Division.

**IT IS SO ORDERED.**

Dated: February 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Intake

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE SANDERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV11-04428 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deirdre Sanders
505 Loumena Lane
San Jose, CA 95111

Dated: February 10, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk