1  MELISSA L. HAAG, CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, Ill. SBN 6191786
   Acting Regional Chief Counsel
3  Social Security Administration
   GERALYN A. GULSETH, CSBN 160872
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, CA 94102
6      Telephone: (415) 977-8923
       Facsimile:(415) 744-0134
7      E-mail: Geralyn.Gulseth@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRE SANDERS, ) | CASE NO. CV 11-004428 LHK |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXTENDING TIME |
| v. ) | FOR DEFENDANT TO RESPOND TO |
| ) | PLAINTIFF'S PETITION EMERGENCY |
| MICHAEL J. ASTRUE, ) | MOTION |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant's motion for an extension is hereby granted.  Defendant's response to Plaintiff's petition emergency motion filed on February 7 is due ~~April 23, 2012~~. April 7, 2012.

Dated: March _7_, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
District Judge